**IN THE UNITED STATES BANKRUPTCY COURT OF ILINOIS NORTHERN**

**EASTERN DISTRICT**

F I L E D
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

MAR 2 3 2021

JEFFREY P. ALLSTEADT, CLERK
INTAKE 1

| | |
|---|---|
| IN RE KALID  JAMA et al., | ) Case No. 21`-02713 |
| Debtor | ) Chapter 13 convert to Chapter 7 |
| | ) Honorable Judge Deborah  L. Thorne |
| RANAC, INC | ) |
| Creditor | ) |
| | ) |

**THE DEBTOR"S  RESPONSE  TO MOTION TO  LIFT THE AUTOMATIC STAY 362 (a)**

---

**NOW COMES** the Debtor Kalid Jama  ("Pro-se') and in support of his  Response motion state as follows:

1.Debtor  Kalid  Jama filed a Petition under chapter 13  Bankruptcy relief .

**2. In this Case , the automatic stay became effective on March 2, 2021.  It is well- establish I case law**

**that acts taken in violation of the automatic stay imposed under section 362 (a) o the Bankruptcy**

**Code are deemed Void  ab ignition  and lack effect.  See Middle Tenn.  News, Co., Inc., v. Charnel of**

**Cincinnati, Inc., 250 F. 3d. 1077. 1082, (7th Cir. 2000).**

3. The filing of a petition under the Bankruptcy Code  acts as ab automatic stay against almost anything a

creditor can do against the Debtor or its property .

**4. (1) That the   Creditor has not show that the Debtor has no equity in the property property (2) The**

**is worth less than the secure debt. That Creditor interests are adequately protected  thereby the**

**creditor will eventually end up with the same value as the property wa worth of the date the**

**bankruptcy was filed . (4) The Debtor has maintaining the property.**