# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | Case No. 21-02713 |
| KALID S. JAMA, | ) | Hon. Deborah L. Thorne |
| | ) | Hearing Date: Thurs., May 13, 2021 |
| Debtor. | ) | at 9:30 a.m. |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **Thursday, May 13, 2021** at **9:30 a.m.**, I will appear before the Honorable Deborah L. Thorne or any other judge sitting in that judge's place and present the **Trustee's Motion to Dismiss with Notice Pursuant to Rule 2002-1**, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password**. The meeting ID for this hearing is 160 9362 1728. No passcode is required. The meeting ID and password can also be found on the judge's page on the Court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of

Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

By: /s/Norman B. Newman
Norman B. Newman, Trustee for the bankruptcy estate of Kalid S. Jama

Norman B. Newman, ARDC No. 2045427
**SUGAR FELSENTHAL GRAIS & HELSINGER LLP**
30 N. LaSalle St., Ste. 3000
Chicago, Illinois 60606
Telephone: 312.704.9400
nnewman@sfgh.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | Case No. 21-02713 |
| KALID S. JAMA, | ) | Hon. Deborah L. Thorne |
| | ) | Hearing Date: Thurs., May 13, 2021 |
| Debtor. | ) | at 9:30 a.m. |

**TRUSTEE'S MOTION TO DISMISS WITH NOTICE PURSUANT TO RULE 2002-1**

Norman B. Newman, Trustee (the "Trustee"), moves this court for dismissal of this Chapter 7 case pursuant to Local Rule 2002-1, and states as follows:

1. The Trustee is duly appointed, qualified and acting Trustee herein.

2. On March 2, 2021, the Debtor filed his Petition for Relief under Chapter 7 of the United States Bankruptcy Code, *pro se*.

3. The Debtor failed to appear at the Section 341 meeting scheduled on April 15, 2021 as well as provide the Trustee with a complete filed-stamped copy of his Bankruptcy Schedules and Statement of Affairs. His delay is unreasonable and prejudicial to creditors.

4. The Trustee is unable to perform his duties as a Trustee in absence of an opportunity to examine the Debtor at a meeting of creditors.

**WHEREFORE**, the Trustee prays that this Chapter 7 case be dismissed and for such other relief as this Court deems just.

> Norman B. Newman, not individually, but solely as
> Chapter 7Trustee for Kalid Jama
>
> /s/ Norman B. Newman

Norman B. Newman ARDC #2045427
**Sugar Felsenthal Grais & Helsinger, LLP**
30 N. LaSalle Street, Suite 3000
Chicago, IL 60602
312-704-9400 (office); nnewman@sfgh.com